UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VAN CARTER,<br><br>              Plaintiff,<br><br>  v.<br><br>HAGENS BERMAN SOBEL SHAPIRO, LLP,<br><br>              Defendant. | C17-436 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) By letter dated March 20, 2017, docket no. 19, Angelo Russo and Michael DeJohn were advised that, before they may act as counsel of record for plaintiff in this action, they must apply for leave to appear pro hac vice. To date, no such application has been received from either Mr. Russo or Mr. DeJohn. Mr. Russo and Mr. DeJohn are hereby ADVISED that, unless they are granted leave to appear pro hac vice within thirty-five (35) days of the date of this Minute Order, the Court will consider plaintiff to be proceeding pro se.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to send a copy of this Minute Order via U.S. mail to Mr. Russon and Mr. DeJohn, who are DIRECTED to serve a copy of this Minute Order on plaintiff and to file proof of such service within seven (7) days of the date of this Minute Order.

Dated this 27th day of April, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1