UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VAN CARTER,<br><br>    Plaintiff,<br><br> v.<br><br>HAGENS BERMAN SOBEL SHAPIRO, LLP,<br><br>    Defendant. | C17-436 TSZ<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

  (1) The motion for withdrawal of counsel brought by Nicholas Dertouzos and Richard Witkowski, and the law firm of Nicola, Gudbranson & Cooper, docket no. 22, is GRANTED. Nicholas Dertouzos and Richard Witkowski, and the law firm of Nicola, Gudbranson & Cooper are granted leave to withdraw, effective immediately.

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to send a copy of this Minute Order via U.S. mail to plaintiff's counsel Angelo Russo and Michael DeJohn.

  Dated this 27th day of April, 2017.

                 William M. McCool
                 Clerk

                 s/Karen Dews
                 Deputy Clerk

MINUTE ORDER - 1