UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VAN CARTER,

        Plaintiff,

v.

HAGENS BERMAN SOBOL SHAPIRO, LLP,

        Defendant.

C17-436 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's unopposed motion for leave to amend, docket no. 27, is GRANTED. Plaintiff shall electronically file the First Amended Complaint via the Case Management and Electronic Case Filing ("CM/ECF") system within seven (7) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of May, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1