# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

VAN CARTER,

        Plaintiff,

v.

HAGENS BERMAN SOBOL SHAPIRO, LLP, and STEVE W. BERMAN,

        Defendants.

C17-436 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Stipulated Motion to Extend Pretrial Deadlines, docket no. 43, is GRANTED, and the Court hereby resets the following deadlines:

| **BENCH TRIAL DATE** | **October 29, 2018** |
|---|---|
| Disclosure of expert testimony | May 25, 2018 |
| Discovery motions filing deadline | May 31, 2018 |
| Discovery completion date | June 29, 2018 |
| Dispositive motions filing deadline | July 19, 2018 |

MINUTE ORDER - 1

| Motions in limine filing deadline | September 27, 2018 |
|---|---|
| Agreed pretrial order due | October 12, 2018 |
| Trial briefs, proposed findings of fact and conclusions of law, and designations of deposition testimony due | October 12, 2018 |
| Pretrial conference scheduled for | October 19, 2018 at 11:00 a.m. |

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 2nd day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2